IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:14-cr-00024 |
| ) | Chief Judge Haynes |
| FACUNDO GARCIA PEREZ ) | |

### ORDER

The sentencing hearing previously set in this action for Monday, July 7, 2011 at 3:00 p.m. is **reset** for **Friday, July 11, 2014 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 30th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge